# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11 cr 81

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) |
| V | ) **ORDER** |
| RANDY CAROLEINY DELA-CRUZ, | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on David Teddy's Application for Admission to Practice *Pro Hac Vice* of Patrick Jerome Brackley. It appearing that Patrick Jerome Brackley is a member in good standing with the New York State Bar and will be appearing with David Teddy, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that David Teddy's Application for Admission to Practice *Pro Hac Vice* (#12) of Patrick Jerome Brackley is **GRANTED**, and that Patrick Jerome Brackley is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with David Teddy.

Signed: November 2, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge