# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11 CR 81-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| ELVIS PEGUERO PENA. | ) | |
| _____ | ) | |

**THIS MATTER** has come before the undersigned, pursuant to a motion filed by counsel for defendant entitled "Motion to Suppress" (#28). Defendant's counsel did not file a brief or memorandum of law. LCrR 47.1(C) states as follows:

> **Requirements of Briefs.** Brief shall be filed contemporaneously with any potentially dispositive pretrial or post-trial motion submitted in a criminal action.

The arraignment order (#15) entered in this matter provides as follows:

> **7. All other pretrial motions**: Those specified by Rule 12(b)(1), (2), (3), and (4), Fed. R.Crim. P, must be filed no later than thirty (30) days from the date this order is filed and <u>accompanied by a supporting memorandum of law</u>.

Due to the fact that defendant did not comply with the LCrR 47.1(C) nor paragraph 7 of the arraignment order, the Motion to Suppress will be denied without prejudice. Defendant will be allowed to file another Motion to Suppress along with a supporting affidavit and brief or memorandum of law on or before December 9, 2011.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the "Motion to Suppress" (#28) is **DENIED** without prejudice. Defendant will be allowed to file a new Motion to suppress along with a brief or supporting memorandum of law on or before **December 9, 2011.**

Signed: November 23, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge