IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11 CR 81-3

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| JULIO EDUARDO INFANTE GOMEZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** has come before the court upon motions filed by counsel for defendant entitled "Motion to Stay Proceedings" (#29) and "Motion for Discovery" (#30).

In regard to the Motion to Stay Proceedings (#29), defendant has not provided any authority upon which the court can determine whether or not any relief can be granted to defendant. Defendant's counsel will be directed to provide a brief or supporting memorandum of law setting forth any legal authority that defendant may have which support the granting of such motion. Defendant will be required to present such authority on or before December 9, 2011.

In regard to the Motion for Discovery (#30), the court will set a hearing in regard to this matter but directs counsel for defendant's attention to Rule 17 of the Federal Rules of Criminal Procedure as perhaps being a vehicle whereby defendant can obtain the documents referenced in the Motion for Discovery.

# ORDER

**IT IS, THEREFORE**, ORDERED:

1. In regard to the Motion to Stay Proceedings (#29), defendant is **ORDERED** to provide a brief or memorandum of law containing any supporting authority and legal basis which supports defendant's motion; and

2. In regard to the Motion For Discovery (#30) the undersigned will set a hearing in this matter for **Monday, December 5, 2011 at 11:00 a.m.** in courtroom #2 of the Federal Courthouse in Asheville, North Carolina.

Signed: November 28, 2011

Dennis L. Howell
United States Magistrate Judge