THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:11cr81

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>vs. )<br>)<br>)<br>RANDY CAROLEINY DELA-CRUZ, )<br>ELVIS PEGUERO PENA, )<br>JULIO EDUARDO INFANTE GOMEZ. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 35].

Pursuant to Federal Rule of Criminal Procedure 48(a), the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 35] is hereby **GRANTED** and the Bill of Indictment in this case as to each Defendant is hereby **DISMISSED** without prejudice.

Signed: December 8, 2011

Martin Reidinger
United States District Judge