# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11 CR 81-3

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JULIO EDUARDO INFANTE GOMEZ. | ) | |
| _____ | ) | |

**THIS MATTER** has is before the court, pursuant to the following motions filed by counsel for defendant:

1. Motion to Stay Proceedings (#29);

2. Motion for Discovery (#30); and

3. Motion for Extension of Time to File Additional Motions (#33).

After defendant filed these various motions, the government filed a Motion to Dismiss (#35) all charges again defendant. The undersigned is advised that the District Court has granted the Motion to Dismiss. The granting of the Motion to Dismiss has rendered the other motions made by counsel for defendant moot.

# ORDER

**IT IS, THEREFORE**, **ORDERED** that the "Motion to Stay Proceedings" (#29), "Motion for Discovery" (#30), and "Motion for Extension of Time to File

Additional Motions" (#33) are all **DENIED** as moot in light of the dismissal of the criminal charges against defendant.

Signed: December 8, 2011

Dennis L. Howell
United States Magistrate Judge